JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARETA COLLIN,           )      Case No.
                            )      CV 12-05858 JGB(SHx)
            Plaintiff,      )
                            )      **JUDGMENT**
      v.                    )
                            )
FIRST AMERICAN TRUSTEE      )
SERVICING SOLUTION, LLC,    )
WELLS FARGO BANK, NA,       )
and US BANK NATIONAL        )
ASSOCIATION TRUSTEE
SERVICING,

            Defendants.
_____

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED

AND ADJUDGED that Plaintiff's Second Amended Complaint is

DISMISSED WITH PREJUDICE.  The Court orders that such

judgment be entered.

JS - 6

Dated:  April 22, 2013      _____
                                 JESUS G. BERNAL
                            United States District Judge